**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| KEVIN FRANCISCO ESTRADA MORALES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|     Petitioner, | | |
| v. | | No. 2:26-cv-02450-SHL-cgc |
| CHRISTOPHER BULLOCK[1], New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | | |
|     Respondent. | | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On April 21, 2026, Petitioner Kevin Francisco Estrada Morales filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[2]  (ECF No. 1.)  Estrada Morales challenges his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing.  (ECF No. 1-3 at PageID 17.)  He seeks immediate release from Respondent's custody.  (Id.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)      Estrada Morales shall, within **five days** of this Order, **serve one copy each of the**

---

[1] Christopher Bullock is the only appropriate Respondent for a habeas petition brought by an alien in this district.  See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 914 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens.").  Accordingly, the U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement are dismissed from the case.

[2] Estrada Morales's counsel is **DIRECTED** to stop using Form AO 242, a pro se habeas template, to file habeas petitions.  Although the Local Rules make exceptions for pro se parties, an attorney filing a petition in this district must adhere to the rules, including that filings must be double-spaced with font no smaller than 12-point type.  LR 7.1(b).

**Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Estrada Morales shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)    Within **five days** after Estrada Morales fully complies with the above requirement, Respondent shall respond to the Petition in writing.

(3)    Estrada Morales may file a reply within **two days** after Respondent's responsive filing.

(4)    Respondent shall not transfer Estrada Morales out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 22nd day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2