**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| KEVIN FRANCISCO ESTRADA MORALES, )<br><br>    Petitioner, )<br><br>v. )<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, )<br><br>    Respondent. ) | No. 2:26-cv-02450-SHL-cgc |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On April 21, 2026, Petitioner Kevin Francisco Estrada Morales filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)[1]  Estrada Morales challenges his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing.  (ECF No. 1-3 at PageID 17.)  He seeks immediate release from Respondent's custody.  (Id.)  Respondent responded on April 28.  (ECF No. 8.)  Estrada Morales replied the next day.  (ECF No. 10.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

---

[1] The Petition has been referred to the undersigned pursuant to Administrative Order No. 2026-16.

In view of the Sixth Circuit's holding in <u>Lopez-Campos</u>, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of the detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from <u>Lopez-Campos</u> or state why <u>Lopez-Campos</u> otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

 **IT IS SO ORDERED,** this 14th day of May, 2026.


     <u>s/Charmiane G. Claxton</u>
     CHARMIANE G. CLAXTON
     UNITED STATES MAGISTRATE JUDGE